BENJAMIN E. PATTERSON, ESQ.
Nevada Bar No. 8604
KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
HALL PRANGLE & SCHOONVELD, LLC
300 South Fourth Street, Suite 1001
Las Vegas, NV 89101
(702) 889-6400
Attorneys for Defendant
SPRING VALLEY HOSPITAL MEDICAL CENTER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE E. BUTTS, individually and as Special Administratrix of the Estate of DAVID PAUL BUTTS, Deceased, and as Guardian of Minor heirs LISA M. BUTTS, RENEE E. BUTTS, DENNIS W. BUTTS, and STEPHANIE R. BUTTS; CHRISTOPHER M. BUTTS; STEPHEN P. BUTTS; and ERIC D. BUTTS;<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation; UHS OF DELAWARE, INC., a Delaware corporation, Management Subsidiary of UNIVERSAL HEALTH SERVICES INC.; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability Company, doing business as SPRING VALLEY HOSPITAL MEDICAL CENTER, a wholly Owned subsidiary of UNIVERSAL HEALTH SERVICES, INC.; JANIE KWAK-TRAN, M.D.; and NURSES 'R' SPECIAL, INC., a Nevada corporation,<br><br>Defendants. | **2:05-cv-01434** |

**ANSWER AND AFFIRMATIVE DEFENSES**
**OF DEFENDANT SPRING VALLEY HOSPITAL MEDICAL CENTER**

Defendant Universal Health Services, Inc., d/b/a Spring Valley Hospital Medical Center

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

(hereinafter "Spring Valley"), by and through its attorneys, Hall Prangle & Schoonveld, LLC, respectfully submits its Answer and Affirmative Defenses to Plaintiffs' Amended Complaint:

**I**

In answering Paragraph I of Plaintiffs' Complaint, these answering Defendants admit that Universal Health Services, Inc., UHS of Delaware, Inc., and Valley Health Systems, LLC are all Delaware Corporations doing business in the State of Nevada. As to the remainder of the allegations, Defendant Spring Valley Hospital is without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

**II**

In answering Paragraph II of Plaintiffs' Complaint, these answering Defendants admit that Universal Health Services, Inc., UHS of Delaware, Inc., and Valley Health Systems, LLC are all Delaware Corporations doing business in the State of Nevada.

**III**

In answering Paragraph III of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

**IV**

In answering Paragraph IV of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

**V**

In answering Paragraph V of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

denies the same.

## VI

In answering Paragraph VI of Plaintiffs' Complaint, these answering Defendants deny the allegations contained therein.

## VII

In answering Paragraph VII of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

## VIII

In answering paragraph VIII of Plaintiffs' Complaint, this answering Defendant denies each and every allegation contained therein.

## IX

In answering paragraph IX of Plaintiffs' Complaint, this answering Defendant denies each and every allegation contained therein.

## X

In answering Paragraph X of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

## XI

In answering Paragraph XI of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**XII**

In answering Paragraph XII of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

**XIII**

In answering paragraph XIII of Plaintiffs' Complaint, this answering Defendant states that it is without sufficient information to form a belief as to the truth of the allegations contained therein and therefore denies the same.

**XIV**

In answering Paragraph XIV of Plaintiffs' Complaint, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations and therefore denies the same.

**XV**

In answering Paragraph XV of Plaintiffs' Complaint, as pertaining to these answering Defendants, these answering Defendants deny each and every allegation contained therein; as to the remainder of Defendants, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies the same. These answering Defendants further deny paragraph 5 (a) – (c) and 6, inclusive, of the expert affidavit of Robert F. Busch. As to the remaining paragraphs of the affidavit of Robert F. Busch, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

## XVI

In answering Paragraph XVI of Plaintiffs' Complaint, as pertaining to these answering Defendants, these answering Defendants deny each and every allegation contained therein; as to the remainder of Defendants, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

## XVII

In answering Paragraph XVII of Plaintiffs' Complaint, as pertaining to these answering Defendants, these answering Defendants deny each and every allegation contained therein; as to the remainder of Defendants, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

## XVIII

In answering Paragraph XVIII of Plaintiffs' Complaint, as pertaining to these answering Defendants, these answering Defendants deny each and every allegation contained therein; as to the remainder of Defendants, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

## XIX

In answering Paragraph XIX of Plaintiffs' Complaint, as pertaining to these answering Defendants, these answering Defendants deny each and every allegation contained therein; as to the remainder of Defendants, these answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

## XX

In answering Paragraph XX of Plaintiffs' Complaint, as pertaining to these answering

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

1  Defendants, these answering Defendants deny each and every allegation contained therein; as to

2  the remainder of Defendants, these answering Defendants are without sufficient information to

3  form a belief as to the truth of the allegations contained therein, and therefore deny the same.

### AFFIRMATIVE DEFENSES

#### First Defense

The Complaint fails to state a claim against Spring Valley Hospital upon which relief can be granted.

#### Second Defense

Spring Valley Hospital asserts any and all statutes of limitation, limitations of action, defenses in abatement, estoppel, laches and statutes of repose including those provisions available to Spring Valley Hospital under the Federal Rules of Civil Procedure, the Nevada Rules of Civil Procedure, and the Nevada Supreme Court Rules, in full avoidance of any and all claims or causes of action.

#### Third Defense

Spring Valley Hospital would show the sole proximate cause of the injuries and damages complained of was the negligence of other persons, firms, or corporations for which Spring Valley is not responsible as a matter of law and should be apportioned pursuant to Nevada law.

#### Fourth Defense

Spring Valley Hospital would show the sole proximate cause of the injuries and damages complained of was the negligence of David Paul Butts and/or his beneficiaries and if said negligence was not the sole proximate cause, then it constituted a major contributing cause thereto.

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**Fifth Defense**

Spring Valley Hospital exercised that reasonable degree of skill and care expected of and required of professionals in the same or similar field in the same or similar circumstances.

**Sixth Defense**

Pursuant to NRCP 11, as amended, all possible Affirmative Defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend its Answer to allege additional Affirmative Defenses if subsequent investigation warrants.

WHEREFORE, Defendants pray for judgment as follows:

1.    That Plaintiffs take nothing by virtue of their Amended Complaint;

2.    For reasonable attorney's fees and costs of suit incurred herein; and

3.    For such other and further relief as the Court deems just and proper.

DATED this 18 day of September, 2007.

HALL PRANGLE & SCHOONVELD, LLC

By: _____

BENJAMIN E. PATTERSON, ESQ.
Nevada Bar No. 8604
KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
Bank of America Plaza
300 S. Fourth Street, Suite 1001
Las Vegas, NV  89101
Attorneys for Defendants
SPRING VALLEY HOSPITAL

HALL PRANGLE & SCHOONVELD, LLC
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**HALL PRANGLE & SCHOONVELD, LLC**
BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET, SUITE 1001
LAS VEGAS, NEVADA 89101
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of HALL PRANGLE & SCHOONVELD, LLC; that service of the foregoing **THE ANSWER AND AFFIRMATIVE DEFENSES OF SPRING VALLEY HOSPITAL AND MEDICAL CENTER DEFENDANTS** was made on the _18_ day of September, 2007 by depositing a true copy of same in a sealed envelope, postage pre-paid, in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Peter D. Durney, Esq.
Durney & Brennan, Ltd.
691 Sierra Rose Drive, Suite A
Reno, Nevada 89511
*Attorneys for Plaintiffs*

John H. Cotton, Esq.
Jennifer B. Anderson, Esq.
JOHN H. COTTON & ASSOCIATES
2300 W. Sahara, Ste. 420
Las Vegas, NV 89106
*Attorneys for Defendant*
*Janie Kwak-Tran, M.D.*

Marc S. Cwik, Esq.
3050 S. Durango Dr.
Las Vegas, NV 89117
*Attorneys for Defendant*
*Nurses 'R' Special, Inc.*

_____
An Employee of HALL PRANGLE & SCHOONVELD, LLC