FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

|  |  |  |
|---|---|---|
| MICHELLE BUTTS et al, | ) | 2:05-cv-1434 PMP |
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| UNIVERSAL HEALTH SERVICES INC, | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

**ORDER FOR DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/8/13

_____
**U.S. DISTRICT JUDGE**